**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **DILRUBA ISLAM** | : | Bankruptcy No. 22-11061-elf |
| | : | |
| **Debtor** | : | |

## ORDER

AND NOW, this ____ day of _____2022, upon consideration of the Motion of Excel Financial Corp. ("Excel") for relief from the automatic stay pursuant to 11 U.S.C. § 362(d) and Federal Rule of Bankruptcy Procedure 4001(a) (the "Motion"), and any objection or responses to the relief requested therein, and after notice and opportunity for hearing, and good cause appearing for the relief request in the Motion, it is hereby

ORDERED, pursuant to 11 U.S.C. § 362(d) and Federal Rule of Bankruptcy Procedure 4001(a), that the Motion be, and hereby is granted; and it is further

ORDERED, in accordance with the foregoing, that Excel is hereby authorized to exercise its state law rights and remedies with respect to the Main St. Premises and the Doylestown Pike Premises and any other collateral for the Loan, including without limitation, the foreclosure and sheriff's sale of the Main St. Premises and the Doylestown Pike Premises, as more fully set forth in the Motion; and it is further

ORDERED, that this Order is not stayed pursuant to Federal Rule of Bankruptcy Procedure Rule 4001(a)(3) and is effective immediately; and it is further

ORDERED, that this Order shall survive the conversion of this bankruptcy case and shall be binding upon the Debtor and any trustee presently acting or subsequently appointed in this case, and it is further

ORDERED, that the relief herein is *in rem,* and as such, Excel's enforcement of its state law rights and remedies with respect to the Main St. Premises and the Doylestown Pike Premises and any other collateral for the Loan, including without limitation, the foreclosure and sheriff's sale of the Main St. Premises and the Doylestown Pike Premises, shall not be stayed by any future bankruptcy cases filed by the Debtor or by A. Islam.

.

BY THE COURT:

_____
Eric L. Frank, U.S. Bankruptcy Judge

Copies to:

Mark A. Cronin, Esquire
Law Offices of Mark A. Cronin
26 S. Church Street
West Chester, PA  19382

Leona Mogavero, Esquire
Friedman Schuman, P.C.
275 Commerce Drive, Suite 210
Fort Washington, PA  19034

Kenneth E. West, Chapter 13 Standing Trustee
Office of the Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA  19107

United States Trustee
Office of United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Ashraful Islam
407 W. Main Street, #409
Lansdale, PA  19446