## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **DILRUBA ISLAM** | : | Bankruptcy No. 22-11061-elf |
| | : | |
| **Debtor** | : | |

### CERTIFICATION OF SERVICE

The undersigned hereby certifies that on May 16, 2022, I caused a true and correct copy of the Motion of Excel Financial Corp. for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d) and Federal Rule of Bankruptcy Procedure 4001(a) to be served as follows:

**Via the Court's CM/ECF System and First-Class Mail:**

Mark A. Cronin, Esquire
Law Offices of Mark A. Cronin
26 S. Church Street
West Chester, PA  19382

Kenneth E. West, Chapter 13 Standing Trustee
Office of the Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA  19107

United States Trustee
Office of United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

**Via First Class Mail:**

Ashraful Islam
407 W. Main Street, #409
Lansdale, PA  19446

**Via the Court's CM/ECF System:**

All Parties Requesting Notice Pursuant to Bankruptcy Rule 2002

*L. Mogavero*
_____
Leona Mogavero, Esquire
Friedman Schuman, P.C.
275 Commerce Drive, Suite 210
Fort Washington, PA  19034
Telephone:  (215) 635-7200
Facsimile:  (215) 635-7212
LMogavero@fsalaw.com
Counsel for Excel Financial Corp.

{Client Files/005696/00106/01568212.DOCX;1}