**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **DILRUBA ISLAM** | : | Bankruptcy No. 22-11061 |
| | : | |
| **Debtor** | : | |

**ORDER SCHEDULING EXPIDITED HEARING ON**
**EXPEDITED MOTION OF EXCEL FINANCIAL CORPORATION**
**TO REOPEN BANKRUPTCY CASE TO AMEND ORDER**

**AND NOW**, upon consideration of the *Expedited Motion of Excel Financial Corporation to Reopen Bankruptcy Case to Amend Order* (the "Motion"), and the request for an expedited hearing thereon, and sufficient caue being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be held on _____, 2024 at _____, **in the United States Bankruptcy Court, Courtroom ___, 900 Market Street, Philadelphia, Pennssylvania, 19107**.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the United States Trusteee, the case Trustee (if any), the individual Respondent(s) (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 P.M. on _____**, 2024**. Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

{Client Files/005696/00106/01741879.DOCX;1}

5. The Movant shall serve this Order in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail no later than 5:00 P.M. on _____, **2024**.

6. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

**BY THE COURT:**

_____

**Date: _____**

**THE HONORABLE ASHLEY M. CHAN
UNITED STATES BANKRUPTCY JUDGE**