## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **DILRUBA ISLAM** | : | Bankruptcy No. 22-11061 |
| | : | |
| **Debtor** | : | |

### ORDER SCHEDULING EXPIDITED HEARING ON EXPEDITED MOTION OF EXCEL FINANCIAL CORPORATION TO REOPEN BANKRUPTCY CASE TO AMEND ORDER

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : |
| | : SS |
| COUNTY OF PHILADELPHIA | : |

RON L. WOODMAN, ESQUIRE, being duly sworn according to law, deposes and says that on January 10, 2024 he did send by regular mail and FedEx overnight, a true and correct copy of the *Expedited Motion of Excel Financial Corporation to Reopen Bankruptcy Case to Amend Order* filed on January 8, 2024, regarding the above-captioned matter to:

> Dilruba Islam
> 1611 Clearview Road
> Lansdale, PA 19446

_____
Ron L. Woodman, Esquire
Attorney for Plaintiff

Sworn to and subscribed before me this 10th day of January, 2024.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
SARAH IRONSIDE - Notary Public
Montgomery County
My Commission Expires January 9, 2026
Commission Number 1322937

{Client Files/005696/00106/01742147.DOCX;1}