IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **DILRUBA ISLAM** | : | Bankruptcy No. 22-11061 |
| | : | |
| **Debtor** | : | |

**ORDER**

**AND NOW**, upon consideration of the *Expedited Motion of Excel Financial Corporation to Reopen Bankruptcy Case to Amend Order* (the "Motion"), and the request for an expedited hearing thereon, and sufficient caue being shown, it i<u>s hereby</u> **ORDERED** that:

1. The request for an expedited hearing is **DENIED**.

2. A hearing to consider the Motion will be scheduled in the ordinary course.

BY THE COURT:

Date:  Jan. 10, 2024         _____
**THE HONORABLE ASHELY M. CHAN**
**UNITED STATES BANKRUPTCY JUDGE**

**Date: _____**

{Client Files/005696/00106/01741879.DOCX;1}