**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **DILRUBA ISLAM** | : | Bankruptcy No. 22-11061-elf |
| | : | |
| **Debtor** | : | |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Excel Fiancial Corp. ("Movant"), has filed the *Motion of Excel Financial Corporation to Reopen Bankruptcy Case to Amend Order* (the "Motion") in the above-referenced matter.

1. **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

2. **If you do not want the court to grant the relief sought in the motion** or if you want the court to consider your views on the Motion, then on or before **January 25, 2024**, you or your attorney must file a response to the Motion

3. **A hearing date has been scheduled** on **February 15, 2024** at **10:00 a.m.** before the Honorable Ashely M. Chan, Bankruptcy Judge of the United States Bankruptcy Court via **Zoom Videoconference**. Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4. **If you do not file a response** to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. **You may contact the Bankruptcy Clerk's office** at 215-408-2800 to find out whether the hearing has been canceled because no one filed a response.

6. **If a copy of the motion is not enclosed**, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice

{Client Files/005696/00106/01742258.DOCX;1}

**Filing Instructions**

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at

> U.S. Bankruptcy Court
> 900 Market St., Suite 400
> Philadelphia, PA 19107

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough to that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. **On the same day that you file or mail your Response to the Motion**, you must mail or deliver a copy of the Response to the movant's attorney:

> Ron L. Woodman, Esquire
> Friedman Schuman, P.C.
> 275 Commerce Drive, Suite 210
> Fort Washington, PA 19034 (215) 635-7200
> rwoodman@fsalaw.com

Respectfully submitted,

**FRIEDMAN SCHUMAN, P.C.**

Dated:  January 10, 2024

_____
Ron L. Woodman, Esquire
275 Commerce Drive, Suite 210
Fort Washington, PA 19034
Telephone:  (215) 635-7200
Facsimile:  (215) 635-7212
rwoodman@fsalaw.com
*Counsel for Excel Financial Corp.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **DILRUBA ISLAM** | : | Bankruptcy No. 22-11061-elf |
| | : | |
| **Debtor** | : | |

**CERTIFICATE OF SERVICE**

I, Ron L. Woodman, an attorney with the law firm of Friedman Schuman, P.C., certify that on January 10, 2024, a true and correct copy of the *Notice of Motion of Expedited Motion of Excel Financial Corporation to Reopen Bankruptcy Case to Amend Order* and for Entry of Bar Order was served as follows:

REGIONAL BANKRUPTCY CENTER OF SE PA
Roger V. Ashodian, Esquire
101 West Chester Pike, Suite 1A
Havertown, PA  19083
*(Via CM/ECF)*

OFFICE OF UNITED STATES TRUSTEE
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
*(Via CM/ECF)*

MARK A. CRONIN
Law Offices of Mark A. Cronin
26 S. Church Street
West Chester, PA 19382
*(Via CM/ECF)*

KENNETH E. WEST
Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
*(Via CM/ECF)*

DILRUBA ISLAM
1611 Clearview Road
Lansdale, PA 19446
*(Via Regular Mail)*

All Other Parties Requesting Notice Pursuant to Bankruptcy Rule 2002

_____
Ron L. Woodman, Esquire
*Counsel for Excel financial Corp.*